IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Magistrate No.: 4:17MJ3095 |
| | ) | |
| PHILANA RED FEATHER, | ) | |
| a/k/a MISTY BRINGS PLENTY, | ) | |
| a/k/a PHILANA ALFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal (Filing No. 6) in the above-captioned case be granted as requested.

DATED this 1st day of November, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge